This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**EVER LUIS NUNEZ,**

Worker-Appellant,

v.          **NO. 29,522**

**ARMSTRONG GENERAL CONTRACTOR and BUILDERS TRUST,**

Employer/Insurer-Appellees.

**APPEAL FROM THE WORKERS' COMPENSATION ADMINISTRATION**
**Gregory Griego, Workers' Compensation Judge**

Benito Sanchez, P.A.
Benito Sanchez
Albuquerque, NM

for Appellant

Christina Bartosh Goodrow
Albuquerque, NM

for Appellees

**MEMORANDUM OPINION**

**SUTIN, Judge.**

The issue is whether after his date of maximum medical improvement (MMI), Worker was entitled to modifiers under NMSA 1978, Section 52-1-26(C) (1990) of the New Mexico Workers' Compensation Act (the Act), NMSA 1978, §§ 52-1-1 to -70 (1929, as amended through 2007), even though Employer was unable to rehire Worker due to Worker's undocumented and therefore illegal immigration status. The workers' compensation judge (WCJ) denied Worker's claim for modifiers in a grant of summary judgment in favor of Employer. We affirm for the reasons set out in *Gonzalez v. Performance Painting, Inc.*, 2011-NMCA-___, ___ N.M. ___, ___ P.3d ___ (No. 29,629, Jan. 10, 2011), filed contemporaneously with the present memorandum opinion.

**IT IS SO ORDERED.**


_____
**JONATHAN B. SUTIN, Judge**

**WE CONCUR:**


_____
**JAMES J. WECHSLER, Judge**


_____
**MICHAEL D. BUSTAMANTE, Judge**